UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

NINO GURGENIDZE,

        Petitioner,

            No. 26-CV-03062

    -v-

WILLIAM P. JOYCE, in his official capacity as
Acting Field Office Director, New York Field
Office, U.S. Immigration and Customs Enforcement,
26 Federal Plaza, New York, New York 10278;
TODD M. LYONS, in his official capacity as Senior
Official Performing the Duties of the Director, U.S.
Immigration and Customs Enforcement;
MARKWAYNE MULLIN, in his official capacity
as Secretary, U.S. Department of Homeland
Security; and TODD BLANCHE, in his official
capacity as Attorney General of the United States,

        Respondents.

-------------------------------------------------------------------x

<u>ORDER</u>

        Before the Court is Petitioner Nino Gurgenidze's petition for a writ of habeas corpus under 28 U.S.C. § 2241.  (Docket entry no. 1 ("Petition").)  Petitioner also filed an emergency ex parte motion for an order to show cause with temporary restraining order.  The Court, having examined the Petition, and in its Part I capacity, hereby ORDERS that:

1.     Within **two business days of the date of this Order**, the Respondents shall file a letter with the following information:

    a.     Petitioner's "A-number" and current place of detention;

    b.     whether Petitioner was located in the Southern District of New York at the time that the Petition was filed and, if not, the District in which Petitioner was located at the time of filing and whether the Petition should be

immediately transferred to that District.  <u>See</u>, <u>e.g.</u>, <u>Öztürk v. Hyde</u>, 136 F.4th 382, 391-92 (2d Cir. 2025); <u>Khalil v. Joyce</u>, 771 F. Supp. 3d 268, 286-92 (S.D.N.Y. 2025);

c.    the statutory provision(s) under which Respondents assert the authority to detain Petitioner;

d.    whether this action is distinguishable or analogous to previous cases decided by this Court or any other Court in this district, <u>see</u>, <u>e.g.</u>, <u>Weng v. Genalo</u>, No. 25-CV-09595-JHR, 2026 WL 194248 (S.D.N.Y. Jan. 25, 2026); <u>J.G.O. v. Francis</u>, No. 25-CV-7233-AS, 2025 WL 3040142, at *1 (S.D.N.Y. Oct. 28, 2025);

e.    a copy of any final order of removal; and

f.    any information regarding the procedural posture of any pending Department of Homeland Security or Executive Office for Immigration Review proceedings.

2.    Within **three business days of the date of this Order**, the Respondents shall file a memorandum in opposition as to why the Petition should not be granted.

3.    Within **ten business days of the date of this Order**, Petitioner shall file any reply to the Respondents' memorandum in opposition.

4.    **To preserve the Court's jurisdiction pending a ruling on the Petition, Petitioner shall not be removed from the United States without an order by this Court allowing such removal.**  <u>See</u>, <u>e.g.</u>, <u>M.K. v. Joyce</u>, No. 25-cv-1935-JMF, 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025); <u>Garcia-Izquierdo v.</u>

<u>Gartner</u>, No. 04-cv-7377-RCC, 2004 WL 2093515, at *2 (S.D.N.Y. Sept. 17, 2004).

5.    **To facilitate resolution of the Petition, Petitioner shall not be transferred, except to a facility within this District, the Easten District of New York, or the District of New Jersey, absent further order of this Court.**  <u>See, e.g.</u>, <u>Perez y Perez v. Noem</u>, No. 25-cv-4828-DEH, 2025 WL 1908284, at *2-3 (S.D.N.Y. June 13, 2025).

6.    This Order shall remain in effect unless and until it is vacated or modified.

The Clerk of Court is respectfully directed to electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this Order.

SO ORDERED.

Dated: New York, New York
          April 14, 2026

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  Chief United States District Judge
                                                  Part I