UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NINO GURGENIDZE,

                    Petitioner,

          -against-

WILLIAM P. JOYCE, in his official capacity
as Acting Field Office Director, New York
Field Office, U.S. Immigration and Customs
Enforcement, 26 Federal Plaza, New York,
New York 10278; TODD M. LYONS, in his
official capacity as Senior Official Performing
the Duties of the Director, U.S. Immigration
and Customs Enforcement; MARKWAYNE
MULLIN, in his official capacity as Secretary,
U.S. Department of Homeland Security; and
TODD BLANCHE, in his official capacity as
Attorney General of the United States,

                    Respondents.

**ORDER**
26-cv-03062 (ER)

EDGARDO RAMOS, United States District Judge:

Nino Gurgenidze ("Petitioner") filed a petition for the writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 on April 14, 2026.  Doc. 1.

On April 14, 2026, Chief Judge Swain, who was sitting on Part I duty, ordered the Respondents to file a letter indicating, *inter alia*, (1) Petitioner's "A-number" and current place of detention; (2) whether the Petitioner was located in the Southern District of New York at the time that the Petition was filed; (3) the statutory provision(s) under which the Respondents assert the authority to detain the Petitioner; and (4) whether this action is distinguishable or analogous to previous cases decided by this Court or any other Court in this district.  Doc. 2.

The Respondents filed the response letter on April 15, 2026.  Doc. 5.  In the letter, the Respondents concede that venue is proper because the Petitioner was in the Southern District of New York when the Petition was filed.  *Id.* at 1.  The Respondents also assert that the basis for

the Petitioner's detention is 8 U.S.C. § 1225(b)(2)(A) and that "[t]he instant case is not materially distinguishable from the facts and legal issues presented in this Court's decision in *Lui v. Almodovar, et al.*, No. 25-cv-9256 (ER) (S.D.N.Y. Dec. 2, 2025)." *Id.* Thus, while the "Respondents respectfully disagree with the Court's decision in *Liu*," they "acknowledge[] that the *Liu* decision would control the result in this case if the Court adheres to its prior decision." *Id.* at 2. The Respondents are "content with relying on, and incorporates by reference, the legal arguments it presented in *Liu*, and believe[] the Court can decide this matter without further briefing." *Id.*

Having been presented with no additional arguments for deviating from *Liu*, the Court therefore GRANTS the Petition for the reasons set forth therein. The Respondents are thereby ORDERED to immediately release Petitioner from custody and certify compliance with the Court's order by filing an entry on the docket no later than April 16, 2026, at 1:00 p.m.

Dated:   April 15, 2026
      New York, New York

_____
EDGARDO RAMOS
United States District Judge

2