**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
NINO GURGENIDZE,

                         Petitioner,                26 **CIVIL** 3062 (ER)

      -against-                         **JUDGMENT**

WILLIAM P. JOYCE, in his official capacity
as Acting Field Office Director, New York
Field Office, U.S. Immigration and Customs
Enforcement, 26 Federal Plaza, New York,
New York 10278; TODD M. LYONS, in his
official capacity as Senior Official Performing
the Duties of the Director, U.S. Immigration
and Customs Enforcement; MARKWAYNE
MULLIN, in his official capacity as Secretary,
U.S. Department of Homeland Security; and
TODD BLANCHE, in his official capacity as
Attorney General of the United States,

                     Respondents.
------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated April 15, 2026, Having been presented with no additional

arguments for deviating from Liu, the Court therefore GRANTS the Petition for the reasons set

forth therein.

**Dated:**  New York, New York

     April 16, 2026

                           **TAMMI M. HELLWIG**

                          _____
                             **Clerk of Court**

        **BY:**                         _____
                             **Deputy Clerk**